**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Gilbert** | **Gonzalez, Jr** |
| | First Name  Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Olga** | **Gonzalez** |
| | First Name  Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF TEXAS**

Case number (if known)  **14-34829-HDH**

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                                                12/13

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Audio Engineer  1099** | **Chief Clerk** |
| **Employer's name** | **Gilbert Gonzalez** | **Dallas County** |
| **Employer's address** | **7505 Bellaire Ln**<br>Number   Street | **1411 W Beltline Rd**<br>Number   Street |
| | **Rowlett      TX    75089**<br>City         State   Zip Code | **Richardson    TX    75080**<br>City          State   Zip Code |
| **How long employed there?** | **5/1/91** | **7/10/95** |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be.  2. | **$0.00** | **$3,022.93** |
| **3.** | **Estimate and list monthly overtime pay.**  3. + | **$0.00** | **$0.00** |
| **4.** | **Calculate gross income**  Add line 2 + line 3.  4. | **$0.00** | **$3,022.93** |

Debtor 1     **Gilbert Gonzalez, Jr**
            **Olga Gonzalez**

Case number (if known) **14-34829-HDH**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here ➜ | 4. | $0.00 | $3,022.93 |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $312.46 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $211.60 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $533.26 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: **Life Insurance** | 5h.+ | $0.00 | $80.32 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $1,137.64 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $1,885.29 |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a Attach a statement for each property and business showing gross receipts, ordinary and necessary business | 8a. | $3,960.15 | $0.00 |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a Include alimony, spousal support, child support, maintenance, | 8c. | $0.00 | $0.00 |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $1,915.88 |
| 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) or any non- cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Specify: | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: | 8h.+ | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $3,960.15 | $1,915.88 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,960.15 + $3,801.17 = | $7,761.32 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Specify: _____ 11. +    $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

12.   **$7,761.32**
    **Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    **None.**
☐ Yes. Explain:

Debtor 1 **Gilbert Gonzalez, Jr**
**Olga Gonzalez**

Case number (if known) **14-34829-HDH**

8a. Attached Statement (Debtor 1)

### Gilbert Gonzalez 1099

**Gross Monthly Income:** $5,813.99

| Expense | Category | Amount |
|---|---|---|
| Telephone | Telephone | $250.00 |
| Insurance | Insurance | $474.75 |
|  | Fuel | $236.07 |
| Entertainment | Entertainment | $47.80 |
| Supplies | Supplies | $64.67 |
|  | Transportation | $120.23 |
| Internet | Internet | $40.00 |
| Meals | Entertainment | $525.98 |
| Hotel | Hotel | $94.34 |

**Total Monthly Expenses** $1,853.84

**Net Monthly Income:** $3,960.15

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gilbert** | | **Gonzalez, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Olga** | | **Gonzalez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **14-34829-HDH**

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☑ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent............
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.   4. _____

   **If not included in line 4:**

   4a. Real estate taxes   4a. _____

   4b. Property, homeowner's, or renter's insurance   4b. _____

   4c. Home maintenance, repair, and upkeep expenses   4c. **$150.00**

   4d. Homeowner's association or condominium dues   4d. _____

Debtor 1    **Gilbert Gonzalez, Jr**
            **Olga Gonzalez**

Case number (if known) **14-34829-HDH**

**Your expenses**

**5.  Additional mortgage payments for your residence**, such as home equity loans     5. _____

**6.  Utilities:**

    6a.  Electricity, heat, natural gas     6a.     **$275.00**

    6b.  Water, sewer, garbage collection     6b.     **$97.00**

    6c.  Telephone, cell phone, Internet, satellite, and cable services    **(See continuation sheet(s) for details)**     6c.     **$125.00**

    6d.  Other. Specify:_____     6d. _____

**7.  Food and housekeeping supplies**     7.     **$700.00**

**8.  Childcare and children's education costs**     8. _____

**9.  Clothing, laundry, and dry cleaning**     9.     **$100.00**

**10. Personal care products and services**     10.     **$100.00**

**11. Medical and dental expenses**     11.     **$200.00**

**12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12.     **$350.00**

**13. Entertainment, clubs, recreation, newspapers, magazines, and books**     13.     **$100.00**

**14. Charitable contributions and religious donations**     14.     **$160.00**

**15. Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance     15a. _____

    15b.  Health insurance     15b. _____

    15c.  Vehicle insurance     15c. _____

    15d.  Other insurance. Specify:_____     15d. _____

**16. Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **SE Taxes**     16.     **$175.00**

**17. Installment or lease payments:**

    17a.  Car payments for Vehicle 1 **2011 Ford**     17a.     **$385.00**

    17b.  Car payments for Vehicle 2 **2012 Dodge**     17b.     **$574.00**

    17c.  Other. Specify:_____     17c. _____

    17d.  Other. Specify:_____     17d. _____

**18.** Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).     18. _____

**19.** Other payments you make to support others who do not live with you.
Specify:_____     19. _____

**20.** Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

    20a.  Mortgages on other property     20a. _____

    20b.  Real estate taxes     20b. _____

    20c.  Property, homeowner's, or renter's insurance     20c. _____

    20d.  Maintenance, repair, and upkeep expenses     20d. _____

    20e.  Homeowner's association or condominium dues     20e. _____

Debtor 1   **Gilbert Gonzalez, Jr**
           **Olga Gonzalez**                                              Case number (if known) **14-34829-HDH**

**21. Other.** Specify: _____   21.   **+** _____

**22. Your monthly expenses** Add lines 4 through 21.
     The result is your monthly expenses.                            22.        **$3,491.00**

**23. Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I.   23a.      **$7,761.32**

   23b. Copy your monthly expenses from line 22 above.                 23b.  —   **$3,491.00**

   23c. Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.                         23c.      **$4,270.32**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage

   ☑ No.
   ☐ Yes.  Explain here:

Official Form B 6J                    **Schedule J: Your Expenses**                    21.  **+** _____       page 3

Debtor 1  **Gilbert Gonzalez, Jr**
　　　　　**Olga Gonzalez**

Case number (if known) **14-34829-HDH**

**6c. Telephone, cell phone, Internet, satellite, and cable services (details):**
　　**Cell Phone** $125.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total:** $125.00